HUDSON RIVER TELEPHONE CO., Respondent, v. ÆTNA LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by the Hudson River Telephone Company against the Ætna Life Insurance Company. No opinion. Motion denied. See also, 123 N. Y. Supp. 1121.

HUNTER, Respondent, v. VICARIO, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Wesley D. Hunter against John Vicario. L. O. Van Doren, for appellant. T. B. Richter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HURLEY, Respondent, v. CITY OF CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Johanna Hurley, as sole administratrix, etc., against the City of Corning.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the defendant was not shown guilty of negligence, nor the deceased free from contributory negligence.

INDA v. STATE. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Rosalia Inda, as sole executrix of the last will and testament of Peter Inda, deceased, against the State of New York. No opinion. Judgment unanimously affirmed, without costs.

In re INGLIS. (Supreme Court, Appellate Division, First Department, June 17, 1910.) In the matter of James S. Inglis, deceased. No opinion. Decree affirmed, with costs against appellant personally. Order affirmed, with $10 costs and disbursements against the appellant personally. Orders filed.

ISAACS et al., Respondents, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Lewis M. Isaacs and others against the Illinois Surety Company. B. G. Oppenheim, for appellant. L. G. Rosenblatt, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 923, 120 N. Y. Supp. 1129.

ISBELL PORTER CO., Respondent, v. HEINEMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the Isbell Porter Company against Isaac Heineman. J. S. Epstein, for appellant. C. H. Strong, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 126 App. Div. 713, 111 N. Y. Supp. 332.

LAUGHLIN, J., dissents as to allowance of interest.

JACKSON, Appellant, v. ALPHA PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by John H. Jackson against the Alpha Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 122 App. Div. 345, 106 N. Y. Supp. 1052.

JACKSON, Appellant, v. AMERICAN FLAG CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Henry Jackson against the American Flag Company and another. No opinion. Judgment affirmed, with costs.

JACOBS, Respondent, v. TANNENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John F. Jacobs against Lippman Tannenbaum. F. Bien, for appellant. E. Goldmark, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re JEROME AVE. (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Jerome Avenue. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 120 App. Div. 878, 105 N. Y. Supp. 1122.

JIMERSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by George T. Jimerson against the Erie Railroad Company. No opinion. Interlocutory judgment and final judgment affirmed, with costs.

JOHN A. PHILBRICK & BRO. v. I. FLORIO CO-OPERATIVE ASS'N. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John A. Philbrick & Bro. against I. Florio Co-operative Association. No opinion. Motion granted. Settle order on notice. Question to be certified on settlement of order. See, also, 122 N. Y. Supp. 341.

JOHN BOYLE & CO., Respondents, v. SCHUELER, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by John Boyle & Co. against Johann L. Emil Schueler. No opinion. Motion denied, on condition that the defendant perfect his appeal within 20 days, place the case upon the calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 117 N. Y. Supp. 225.

JOHN D. ELWELL & CO., Appellants, v. ACME PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Action by John D. Elwell & Co. against the Acme Portland Cement Company. M. Conboy, for appellants. Mr. Earle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.